NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

UNKNOWN TENANTS 1 and 2,          )
n/k/a DR. NAGY FARAG and          )
ANNE MARIE FARAG,                 )
                                  )
          Appellants,             )
                                  )
v.                                )          Case No. 2D18-5045
                                  )
MK REAL ESTATE, LLC,              )
                                  )
          Appellee.               )
_____ )

Opinion filed August 23, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota County;
Andrea McHugh, Judge.

Samuel D. Lopez of Samuel D. Lopez, P.A.,
Pembroke Pines, for Appellants.

Jeffrey M. Backo, North Port, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.